# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CLAYTON FAERBER, Individually**                                                  **PLAINTIFF**
**and as the Administrator of the Estate**
**of D.F., a Minor**

**v.**                                     **CAUSE NO. 1:20-CV-328-LG-RPM**

**BP EXPLORATION & PRODUCTION**                                    **DEFENDANTS**
**INC. and BP AMERICA PRODUCTION**
**COMPANY**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, the Court finds that this lawsuit should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2021.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     UNITED STATES DISTRICT JUDGE